In re Kuehne, Kenneth S.; Evans, Helen Adele Kuehne; Kuehne, Ronald C.; Comar-da, Mary Ann Kuehne; Guidry, Diane Kuehne; Harrison, Karen Kuehne; Kuehne, Eugene L., Jr.; Kuehne, Michael S.; Breaux, Kim Kuehne; Fry, Harriet Kuehne; Heinz, Priscilla Mary Kuehne; Kuehne, Christopher M.; Kuehne, Paul Kent; Kuehne, Timothy John; Carter, David E.; David E. Carter Exter. Co., Inc; — Defendant(s); applying for writ of certiorari and/or review; Parish of Jefferson, 24th Judicial District Court, Div. “I”, No. 474-721; to the Court of Appeal, Fifth Circuit, No. 97-CA-0196.
Denied.
VICTORY, J., not on panel.